IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN ANDREW SHENK,** | CIVIL NO. 1:12-CV-2353 |
| **Plaintiff** | |
| | **(Judge Rambo)** |
| v. | |
| | **(Magistrate Judge Carlson)** |
| **CORIZON MEDICAL**, *et al.*, | |
| **Defendants** | |

# O R D E R

On November 26, 2012, Plaintiff, Kevin Andrew Shenk, filed a complaint. This case is referred to Magistrate Judge Carlson who, on November 27, 2012, filed a report in which he recommended that Plaintiff be granted leave to proceed *in forma pauperis* and that the complaint be dismissed without prejudice to Plaintiff to file an amended complaint. Objections to the report and recommendation were due on December 14, 2012. No objections were filed.

On December 13, 2012, however, Plaintiff filed an amended complaint, a request for appointment of counsel, a request for a time-stamped copy of the amended complaint, a letter to the undersigned judge complaining about interference by the prison with legal mail, a certificate of merit, and a request for an order to show cause for a preliminary injunction.

In light of the new filings, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the report and recommendation of Magistrate Judge Carlson (Doc. 7).

2) Plaintiff is granted leave to proceed *in forma pauperis*.

3) The original complaint is dismissed.

4) This matter is remanded to Magistrate Judge Carlson for consideration of the amended complaint, motion for appointment of counsel, the certificate of merit, the request for preliminary injunction, and any other documents that require any action by the court.

                                                    s/Sylvia H. Rambo
                                                    SYLVIA H. RAMBO
                                                    United States District Judge

Dated: December 19, 2012.